# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>    Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00590-AWI-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO FRESNO COUNTY COUNSEL DANIEL CEDERBORG<br><br>(ECF NO. 23)<br><br>THIRTY-DAY DEADLINE |

    Tiengkham Singanonh ("Plaintiff") is a state prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Defendants executed waivers of service of their respective summonses, but failed to file responsive pleading(s) within the time period laid out in the waivers. (ECF No. 23).

    To date, Plaintiff has not moved for a default judgment or otherwise attempted to prosecute this case since Defendants' failure to file responsive pleading(s).

    Therefore, the Court will order Plaintiff to show cause why this case should not be dismissed, without prejudice, for failure to prosecute.

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time his constitutional rights were allegedly violated. (ECF No. 14, p. 7).

1

The Court notes that if Plaintiff begins going through the appropriate procedure to get a default judgment (see Fed. R. Civ. P. 55), the Court will discharge this order to show cause.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed, without prejudice, for failure to prosecute; and
2. The Clerk of Court is directed to serve a copy of this order on Daniel Cederborg, Fresno County Counsel, 2220 Tulare St, 5th Floor, Fresno, CA 93721.

IT IS SO ORDERED.

Dated: **April 23, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE