UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>    Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00590-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE<br><br>(ECF NO. 30) |

    Tiengkham Singanonh ("Plaintiff") is a state prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Defendants executed waivers of service of their respective summonses, but failed to file responsive pleading(s) within the time period laid out in the waivers. (ECF No. 23).

    As Plaintiff had not moved for a default judgment or otherwise attempted to prosecute the case after Defendants failed to timely file responsive pleading(s), the Court ordered Plaintiff to show cause why this case should not be dismissed, without prejudice, for failure to prosecute. (ECF No. 27).

    On May 1, 2019, the Court granted Defendants' request for an extension of time to file their responsive pleading(s) and discharged the order to show cause. (ECF No. 29).

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time his constitutional rights were allegedly violated. (ECF No. 14, p. 7).

1

On May 20, 2019, Plaintiff filed a response to the order to show cause. (ECF No. 30).

The order to show cause has already been discharged. As to Plaintiff's requests in his response, they will be denied. Plaintiff's request for default judgment is DENIED because Defendants are not in default (see ECF No. 29). Plaintiff's request for appointment of pro bono counsel is DENIED for the reasons explained in the Court's prior order denying Plaintiff's request for appointment of counsel (ECF No. 25).

IT IS SO ORDERED.

Dated: **May 28, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE