UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00590-AWI-EPG (PC)<br><br>ORDER REQUIRING THE WARDEN OF PLEASANT VALLEY STATE PRISON TO RESPOND TO PLAINTIFF'S MOTION<br><br>(ECF NO. 45)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION (ECF NO. 45) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF PLEASANT VALLEY STATE PRISON, AND THE LITIGATION COORDINATOR AT PLEASANT VALLEY STATE PRISON |

　　　　Tiengkham Singanonh ("Plaintiff") is a state prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On February 3, 2020, Plaintiff filed a motion for injunctive relief. (ECF No. 45). Plaintiff "seeks a[n] order from the court for Pleasant Valley State Prison to permit Plaintiff to make copies" of documents he needs to litigate this case (and other cases). (Id. at 1). Plaintiff alleges that he has attempted to make copies of the documents, but that the librarian and principal will not allow him to.

　　　　Given that Plaintiff has alleged that he is not being allowed to make copies of

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time his constitutional rights were allegedly violated. (ECF No. 14, p. 7).

1

documents that he needs to litigate this case, the Court will require the Warden of Pleasant Valley State Prison to file a response.

Accordingly, IT IS ORDERED that:

1. Within twenty-one (21) days from the date of service of this order, the Warden of Pleasant Valley State Prison shall file a response to the allegation that Plaintiff is not being allowed to make copies of documents that he needs to litigate this case; and
2. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of Pleasant Valley State Prison, and the Litigation Coordinator at Pleasant Valley State Prison with a copy of this order and Plaintiff's motion (ECF No. 45).

IT IS SO ORDERED.

Dated: **February 13, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE