UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>            Plaintiff,<br><br>       v.<br><br>RODRIGUEZ, et al.,<br><br>            Defendants. | Case No. 1:18-cv-00590-AWI-EPG (PC)<br><br>ORDER FOLLOWING TELEPHONIC DISCOVERY AND STATUS CONFERENCE<br><br>(ECF Nos. 45 & 50) |

Tiengkham Singanonh ("Plaintiff") is a former prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 13, 2020, the Court held a discovery and status conference. Plaintiff telephonically appeared on his own behalf. Counsel Scott Hawkins telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the conference, IT IS ORDERED that:

1. Plaintiff's motion for injunctive relief (ECF No. 45) is DENIED as moot;
2. Defendants' motion to modify scheduling conference order (ECF No. 50) is GRANTED. A modified scheduling order will be issued in a separate order.
3. No later than August 14, 2020, the parties shall email Courtroom Deputy

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time his constitutional rights were allegedly violated. (ECF No. 14, p. 7).

1

Michelle Rooney (mrooney@caed.uscourts.gov) with an update regarding whether the parties want the Court to set a settlement conference.

IT IS SO ORDERED.

Dated:  **May 14, 2020**                                   /s/ *Erica P. Grosjean*
                                                           UNITED STATES MAGISTRATE JUDGE