UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>       Plaintiff,<br><br>  v.<br><br>RODRIGUEZ, et al.,<br><br>       Defendants. | Case No. 1:18-cv-00590-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE<br><br>(ECF No. 56) |

Tiengkham Singanonh ("Plaintiff") is a former prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On June 18, 2020, Plaintiff filed a motion for a settlement conference.  (ECF No. 56).

The Court will not order the parties to participate in a settlement conference at this time. Neither the non-expert discovery cutoff nor the dispositive motion deadline has passed.  The Court notes that it will set a settlement conference if the parties jointly request it.

Accordingly, IT IS ORDERED that Plaintiff's motion for a settlement conference is DENIED.

IT IS SO ORDERED.

    Dated:  **June 19, 2020**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time his constitutional rights were allegedly violated.  (ECF No. 14, p. 7).

1