UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>    Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00590-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE<br><br>(ECF No. 65) |

    Tiengkham Singanonh ("Plaintiff") is a former prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On April 5, 2021, Plaintiff filed a motion for a settlement conference. (ECF No. 65).

    There is no indication in the motion that Defendants want the Court to direct the parties to participate in a settlement conference. Moreover, there is a pending motion for summary judgment (ECF No. 59) that may resolve this case in its entirety. Accordingly, the Court will not order the parties to participate in a settlement conference at this time.

    The Court notes that Plaintiff may always communicate with defense counsel, including in writing, regarding the potential of settlement and any settlement offers. Such communications are confidential under Federal Rule of Evidence 408. Fed. R. Evid. 408(a)(1)-

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time his constitutional rights were allegedly violated. (ECF No. 14, p. 7).

1

(2) ("Evidence of the following is not admissible--on behalf of any party--either to prove or disprove the validity or amount of a disputed claim or to impeach by a prior inconsistent statement or a contradiction: (1) furnishing, promising, or offering--or accepting, promising to accept, or offering to accept--a valuable consideration in compromising or attempting to compromise the claim; and (2) conduct or a statement made during compromise negotiations about the claim--except when offered in a criminal case and when the negotiations related to a claim by a public office in the exercise of its regulatory, investigative, or enforcement authority."). Additionally, if the parties ever agree that a settlement conference would be beneficial, defense counsel may contact the Court to arrange for one. And before the case goes to trial, the parties will have to participate in a conference.

Accordingly, IT IS ORDERED that Plaintiff's motion for a settlement conference is DENIED.

IT IS SO ORDERED.

Dated:   **April 8, 2021**                              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE