UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>    Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00590-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, ORDER GRANTING SUMMARY JUDGMENT, and ORDER VACATING ALL DATES AND DEADLINES<br><br>(ECF Nos. 59 & 69) |

    Tiengkham Singanonh ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 20, 2021, Defendants filed a motion for summary judgment on all claims, which includes a request for judicial notice. (ECF No. 59). On June 3, 2021, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "Defendants' motion for summary judgment (ECF No. 59) be granted," "[j]udgment be entered in favor of Defendants," "Defendants' request for judicial notice be denied as moot," and "[t]he Clerk of Court be directed to close this case." (ECF No. 69, pgs. 20-21).

    The parties were provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on June 15, 2021. (ECF No. 70). On June 28, 2021, Defendants filed their response to Plaintiff's objections. (ECF No. 71).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on June 3, 2021, are ADOPTED in full;
2. Defendants' motion for summary judgment (ECF No. 59) is granted;
3. Defendants' request for judicial notice is denied as moot;
4. All pending dates and deadlines are VACATED; and
5. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED.

Dated: June 30, 2021

SENIOR DISTRICT JUDGE